BOUCHARD BROTHERS *et al. vs.* VINCENZO GUISTI *et al.*

PROVIDENCE—APRIL 15, 1901.

PRESENT: Stiness, C. J., Tillinghast and Douglas, JJ.

(1) *Mechanics' Lien. Notice.*

Gen. Laws cap. 206, § 7, provides that the commencement of legal process to enforce a lien shall be the lodging the account or demand for which the lien is claimed in the office of the town clerk of the town, with notice to what building, improvement, and land the account or demand refers :—

*Held*, that a notice filed under this section was defective in not stating for what building the materials were furnished.

CONSOLIDATED PETITIONS to enforce mechanics' liens. Gen. Laws cap. 206, § 7, is as follows: "The commencement of legal process to enforce the liens hereby created shall be the lodging the account or demand for which the lien is claimed in the office of the town clerk of the town or towns in which the building . . . or other improvement is situated, with notice to what building . . . improvement and land, and to what or whose estate in the same, the said account or demand refers " . . .

(1)    PER CURIAM.    The court is of opinion that the notice which constitutes the commencement of legal process, Gen. Laws cap. 206, § 7, is defective in not stating for what building the materials were furnished.    Indeed, it does not state that they were furnished for any building or improvement at all.

Petitions dismissed.

*S. T. Douglas, F. A. Greene, and P. H. Quinn*, for petitioners.

*H. A. McKenney*, for respondents.